United States District Court
For the Northern District of California

1
2
3
4
5
6
7                              UNITED STATES DISTRICT COURT
8                            NORTHERN DISTRICT OF CALIFORNIA
9
10   SHERRI WATSON,                              No. C-10-03770 DMR
11            Plaintiff,                         **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**
12       v.
13   ROBERT G. GISH MD, et al.,
14            Defendants.
                                         ___/
15
16            TO ALL PARTIES AND COUNSEL OF RECORD:
17            YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate
18   Judge Donna M. Ryu previously scheduled for December 1, 2010 at 1:30 p.m. has been
19   CONTINUED to January 26, 2010 at 1:30 p.m., Courtroom 4, 3rd Floor, U.S. District Court, 1301
20   Clay Street, Oakland, California 94612, pending Defendants' appearance in this matter.  The
21   deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines
22   are continued accordingly.  *See* Docket No. 4.
23            Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this
24   Order and file a proof of service with the Court.
25            IT IS SO ORDERED.
26   Dated:  November 24, 2010
27                                                    _____
28                                                    DONNA M. RYU
                                                      United States Magistrate Judge

