UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI WATSON, | No. C-10-03770 DMR |
| Plaintiff, | **AMENDED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| ROBERT G. GISH MD, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Donna M. Ryu previously scheduled for December 1, 2010 at 1:30 p.m. has been CONTINUED to **January 26, 2011** at 1:30 p.m., Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612, pending Defendants' appearance in this matter. The deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 4.

Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: December 1, 2010

_____
DONNA M. RYU
United States Magistrate Judge