UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI WATSON,<br><br>       Plaintiff,<br><br>    v.<br><br>ROBERT G. GISH MD, et al.,<br><br>       Defendants.<br>_____/ | No. C-10-03770 DMR<br><br>**ORDER ON PARTIES' STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

    The Court is in receipt of the Stipulation and Proposed Order Re: Continuance of Case Management Conference ("Stipulation") filed by Plaintiff Sherri Watson and Defendants Robert G. Gish, M.D. and California Pacific Medical Center, wherein the parties have requested a continuance of the case management conference, stipulated to an extension of time to respond to Plaintiff's Complaint, and stipulated that Plaintiff's claims against Defendants Robert G. Gish, M.D. and California Pacific Medical Center only be remanded to state court. *See* Docket No. 11.

    Regarding the parties' request for an order remanding Plaintiff's claims against Defendants Robert G. Gish, M.D. and California Pacific Medical Center, a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any such request or a dispositive motion, pursuant to 28 U.S.C. § 636. All parties in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. Upon the filing of signed consents by all parties to the action, the Court will issue an order regarding the parties' stipulation to remand

certain of Plaintiff's claims. If a declination is filed, the case will be immediately reassigned to an Article III District Judge.

The Court orders that the case management conference currently scheduled for January 26, 2011 is continued to **February 16, 2011 at 1:30 p.m.** The deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 4. Plaintiff is ordered to file with the Court proofs of service of the Complaint on all defendants in this matter by no later than January 26, 2011. *See* Fed. R. Civ. Proc. 4(l)(1). Further, the parties' stipulation and request for an order extending the time for defendants Robert G. Gish, M.D. and California Pacific Medical Center to respond to the Complaint is denied to the extent the parties seek "an indefinite extension" of time. *See* Civil L.R. 6-2.

**Immediately upon receipt of this Order, Plaintiff shall serve all Defendants with a copy of this Order and file a proof of service with the Court.**

IT IS SO ORDERED.

Dated: January 21, 2011

_____
DONNA M. RYU
United States Magistrate Judge

2